1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DESIREE MARTINEZ; WE ARE NOT INVISIBLE, a nonprofit corporation on behalf and/or next friend of JOHN DOE, and others similarly situated, | Case No. 1:24-CV-00021-SKO |
| Plaintiffs, | **ORDER RE STIPULATION AND JOINT REQUEST TO CONTINUE DEFENDANT CITY OF FRESNO'S RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| v. | |
| CITY OF FRESNO; CODE ENFORCEMENT OFFICER HOWARD LACY; FRESNO POLICE OFFICER DAVID RAMIREZ; FRESNO POLICE OFFICER R. GUERRA; FRESNO POLICE CORPORAL CHRISTOPHER WILSON; FRESNO POLICE FRESNO POLICE OFFICER MATHEW ENOS; FRESNO POLICE OFFICER STEVE ROCHA, UNKNOWN LAW ENFORCEMENT OFFICERS, and DOES 1 THROUGH 20, | (Doc. 17) *Corrected First Complaint Filed: 01/06/2024* *Current Response Date: 04/09/24* |
| Defendants. | |

1    Pursuant to Plaintiffs' and Defendant City of Fresno's stipulation (Doc. 17),

2  and good cause appearing,

3    IT IS HEREBY ORDERED that Defendant City of Fresno's responsive

4  pleading date is continued as follows:

| EVENT | CURRENT DEADLINE | REQUESTED DEADLINE |
|-------|------------------|--------------------|
| Responsive Pleading Due Date | April 9, 2024 | June 24, 2024 |

IT IS SO ORDERED.

Dated:   **April 10, 2024**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE