# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

DESIREE MARTINEZ; WE ARE NOT INVISIBLE, a nonprofit corporation on behalf ESTATE of JOHN DOE, and others similarly situated,

Plaintiffs,

v.

CITY OF FRESNO; CODE ENFORCEMENT OFFICER HOWARD LACY; FRESNO POLICE OFFICER DAVID RAMIREZ; FRESNO POLICE OFFICER R. GUERRA; FRESNO POLICE CORPORAL CHRISTOPHER WILSON; FRESNO POLICE FRESNO POLICE OFFICER MATHEW ENOS; FRESNO POLICE OFFICER STEVE ROCHA, UNKNOWN LAW ENFORCEMENT OFFICERS, and DOES 1 THROUGH 20,

Defendants.

Case No. 1:24-cv-00021-JLT-SKO

**ORDER CONTINUING RESPONSIVE PLEADING DEADLINE TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

(Doc. 39)

---

**ORDER CONTINUING RESPONSIVE PLEADING DEADLINE TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

Having considered the parties' stipulation, (Doc. 39), and upon good cause shown, the Court hereby GRANTS the stipulation.

Defendants City of Fresno, Fresno Police Officer R. Guerra; Fresno Police Corporal Christopher Wilson; Fresno Police Fresno Police Officer Mathew Enos; Fresno Police Officer Steve Rocha shall respond to Plaintiff's Second Amended Complaint by **May 11, 2026**.

IT IS SO ORDERED.

Dated:    **April 24, 2026**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

[PROPOSED] **ORDER RE STIPULATION RE CONTINUING RESPONSIVE PLEADING DATE**